JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5059RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND EXTENDING TIME FOR FILING OF DEFENSE POST-TRIAL MOTIONS |
| JEREMY ALEXANDER CARSON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Miriam Schwartz and Memorandum in Support of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Miriam Schwartz, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

IT IS FURTHER ORDERED that the deadline for the filing of post-trial motions pursuant to Fed. R. Crim. P. 33 is extended to June 9, 2006.

DONE this 26th day of April, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Carson,* NO. CR06-5059(RBL)    – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**